# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 12 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>    v.<br><br>Eydie Francis KENT,<br><br>                           Defendant. | Case No.: 20MJ0652<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about February 11, 2020, within the Southern District of California, Eydie Francis KENT did knowingly and intentionally import 500 grams and more, to wit: approximately 50.30 kilograms (110.89 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Guillermo Diaz
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF FEBRUARY 2020.

_____
Honorable Jill L. Burkhardt
United States Magistrate Judge

## STATEMENT OF FACTS

On February 11, 2019, at approximately 11:00 A.M., Eydie Francis KENT ("KENT"), a United States citizen, was waiting to apply for entry into the U.S. from Mexico in pre-primary lane #22 at the San Ysidro Port of Entry. KENT was the driver, sole occupant, and registered owner of a green Honda CRV ("the vehicle") bearing California license plates.

A Canine Enforcement Team Officer was conducting pre-primary operations when the Human and Narcotic Detection Dog (HNDD) alerted to the vehicle. Two dogs inside the vehicle became aggressive towards the HNDD and the Customs and Border Protection Officer (CBPO) was unable to perform an inspection of the vehicle for safety reasons and referred the vehicle to secondary for further inspection.

A Customs and Border Protection Officer received two negative Customs declarations from KENT. KENT stated that she was traveling to San Diego.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in both rear doors and the gas tank of the vehicle.

Further inspection of the vehicle resulted in the discovery of 102 packages concealed in the rear doors and gas tank of the vehicle, with a total approximate

1

weight of 50.30 kgs (110.89 lbs).  A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

KENT was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.